AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2002 SILVER, FOUR-DOOR LINCOLN WITH TINTED WINDOWS BEARING MARYLAND TAG NUMBER**

**SEARCH WARRANT**

CASE NUMBER: 07 - 437 - M

TO: __James J. McCourt__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Sergeant and Agent with the Internal Affairs Division (IAD) of Metropolitan Police Department of the District of Columbia (MPD)__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**2002 SILVER, FOUR-DOOR LINCOLN WITH TINTED WINDOWS BEARING MARYLAND TAG NUMBER** (as further described in the affidavit in support of the search warrant application which is attached hereto and incorporated fully herein).

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Affidavit in support of Search Warrant, incorporated fully herein by reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___SEP 10 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 31 2007    at Washington, D.C.

Date and Time Issued    **ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

Case # 07-437-M

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Aug 31, 2007 | Sept 4, 2007 | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Nothing Seized

**FILED**

SEP 06 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    09/06/07
U.S. Judge or U.S. Magistrate Judge       Date